**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SANDRA L. DENMAN,** | ) | **CASE NO.  4:05CV1910** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **YOUNGSTOWN STATE** | ) | **ORDER** |
| **UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Agreed Report and Recommendation of Magistrate Judge James S. Gallas. (Dkt. # 45).  The parties in the above-captioned matter have jointly moved, and the Magistrate Judge recommends, that discovery be re-opened in this matter to allow the parties to proceed with depositions in accordance with the following calendar:  the depositions of Plaintiff, Sandra L. Denman, ("Plaintiff"); the person knowledgeable regarding the reasons for the non-renewal/termination of Plaintiff's contract as General Counsel, as required by Fed. R. Civ. P. 30(b)(6); and the deposition of Youngstown State University ("YSU") President David Sweet will take place at YSU on April 12 and April 13, 2007.  The deposition of John Habat shall take place as soon as practicably possible after April 13, 2007.  Finally, all discovery shall remain open until July 13, 2007.

Accordingly, the Agreed Report and Recommendation (Dkt. # 45) is hereby **ADOPTED.  The parties shall appear before Judge Peter C. Economus for a Status Conference on <u>Monday, July 16, 2007 at 10:30 A.M.</u>**

  **IT IS SO ORDERED**.

                **<u>/s/Peter C. Economus-March 14, 2007</u>**
                **PETER C. ECONOMUS**
                **UNITED STATES DISTRICT JUDGE**